UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HUSAM ELDEEN SAMER ELALAMI,    *
                               *
            Plaintiff,         *
                               *
        v.                     *    Civil Action 24-cv-12693-IT
                               *
FEDERAL BUREAU OF              *
INVESTIGATION,                 *
                               *
            Defendant.         *
                               *

ORDER TO SHOW CAUSE

February 7, 2025

TALWANI, D.J.

On October 24, 2024, Plaintiff Husam Eldeen Elalami ("Plaintiff") filed a Complaint
[Doc. No. 1] against the Federal Bureau of Investigation ("FBI"), alleging that in October 2023,
he was "rear ended and [his] car got totaled by an FBI agent" and that he "was only offered
$650." Id. at 4. At the time of filing, Plaintiff informed the clerk's office that a check for the
filing fee would be mailed to the court. To date, Plaintiff has not paid the fee and no summons
has issued.

This case appears to be duplicative of a case that was which was filed in Taunton District
Court as a small claims statement on October 10, 2024. See Elalami v. United States, C.A. No.
24-12871-IT (D. Mass.), Notice of Removal [Doc. No. 1, Ex. A]; State Court Record [Doc. No.
4, Ex. A].[1] In that action, Plaintiff seeks $2,000 in damages from Anthony Stepp arising from a

---

[1] Elalami's middle name is listed on the docket of this action as "Eldeen," while it is "Eldeer" on
the docket of Elalami v. United States, C.A. No. 24-12871-IT. It appears that "Eldeer" is a
scrivener's error by the state court.

motor vehicle collision that occurred on October 5, 2023 on the Interstate 93 Northbound. Elalami v. United States, C.A. No. 24-12871-IT [Doc. No. 1, Ex. A].

On November 18, 2024, the United States removed the small claims action pursuant to 28 U.S.C. § 1442(a)(1), which allows a federal officer or agency that is a party to certain state court actions to remove said action to a federal district court. Notice of Removal [Doc. No. 1 at 1]. In the Notice of Removal, the United States represents that Anthony Stepp is a federal officer of the FBI. Id. [Doc. No. 1 ¶ 5]. The United States subsequently moved to substitute itself as the sole defendant, certifying that Steep was acting within the scope of his employment at the time of the accident, and the court allowed the motion. [Doc. No. 5 ¶ 4, Doc. No. 6].

Where the two actions appear to concern the same event and parties, and where Plaintiff has not paid the filing fee in this action, Plaintiff shall show cause no later than February 20, 2025, as to any reason why the court should not dismiss this action without prejudice in favor of the earlier filed action that has now been removed to this court. Absent a response by that date, the court anticipates dismissing this action without prejudice.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

February 5, 2025

2