UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUSAM ELDEEN SAMER ELALAMI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action 24-cv-12693-IT |
| | * | |
| FEDERAL BUREAU OF | * | |
| INVESTIGATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER OF DISMISSAL

March 7, 2025

TALWANI, D.J.

On February 7, 2025, the court issued an Order [Doc. No. 3] directing Plaintiff to show cause no later than February 20, 2025, why the court should not dismiss this action without prejudice in favor of Elalami v. United States, C.A. No. 24-12871-IT (D. Mass.). The court stated that, absent a response by that date, the court anticipated dismissing this action without prejudice.

The deadline for complying with the show cause order has passed without any response from Plaintiff. Accordingly, the court DISMISSES this action without prejudice as duplicative of Elalami v. United States, C.A. No. 24-12871-IT (D. Mass.).

IT IS SO ORDERED.

 /s/ Indira Talwani
United States District Judge